GIDEON W. TYLER, Respondent, *v.* EDWARD GOULD, Appellant.

The drawing of a draft or check upon a banker holding funds of the drawer does not operate as an assignment of such funds.

(Argued January 4, 1872; decided May term, 1872.)

THIS action was brought by plaintiff, as assignee of Canfield & Ladd, to recover a balance on deposit with the Citizens' Bank, which was originally defendant. The present defendant

was substituted under section 122 of the Code. Canfield & Ladd had on deposit with Atwood & Co., of New York, $2,700, and a quantity of paper for collection. Atwood & Co. failed, and, with assent of Canfield & Ladd, delivered the paper to the Citizens' Bank. Canfield & Ladd had drawn sight drafts on Atwood & Co.; they failed, and made an assignment. Six days after the assignment, the holders of the drafts commenced suit, by attachment against them, which was served upon the bank, and under it defendant claimed the avails of the collections on deposit with the bank. A verdict was taken for the plaintiff, subject to the opinion of the court at General Term.

The General Term directed judgment upon the verdict.

*William A. Coursen* for the appellant.

*William Tracy* for the respondent.

HUNT, C., reads for affirmance.
All concur.
Judgment affirmed.